UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMAR DEONTA HOKING,

    Defendant.

_____/

Case: 1:22-cr-20302
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-15-2022
INDI USA v. Jamar Hoking (tt)

Violation:
18 U.S.C. § 922(g)(1)

**INDICTMENT**

**THE GRAND JURY CHARGES:**

FILED
JUN 15 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

**COUNT ONE**
**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about June 11, 2022, in the Eastern District of Michigan, Jamar Deonta Hoking, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a DPMS (Defense Procurement Manufacturing Services, Inc.) .223/.556 caliber semi-automatic rifle, an Anderson Manufacturing .223 caliber semi-automatic rifle, and a Springfield Armory model XDM 9 mm semi-

automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of section 922(g), including but not limited to: a DPMS (Defense Procurement Manufacturing Services, Inc.) .223/.556 caliber semi-automatic rifle bearing serial number FFA050561, an Anderson Manufacturing .223 caliber semi-automatic rifle bearing serial number 18201324, a Springfield Armory model XDM 9 mm semi-automatic pistol bearing serial number HM911168, and assorted rounds of ammunition.

THIS IS A TRUE BILL.

s/*Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

s/*William J. Vailliencourt, Jr.*             s/*Anthony P. Vance*
_____   _____
William J. Vailliencourt, Jr. (P39115)   Anthony P. Vance
Assistant United States Attorney      Assistant United States Attorney
                                       Chief, Branch Offices

Dated: June 15, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov... | Case: 1:22-cr-20302<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-15-2022<br>INDI USA v. Jamar Hoking (tt) |
|---|---|---|

Companion Case information MUST be completed by AU...

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl...

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes        X No | AUSA's Initials: WJV |

Case Title: USA v. Jamar Deonta Hoking

County where offense occurred: Saginaw County

FILED
JUN 15 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

Check One:   X Felony     ☐ Misdemeanor     ☐ Petty

    x   Indictment/_____Information --- **no** prior complaint.
    ____Indictment/_____Information --- based upon prior complaint [Case number:]
    ____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: June 15, 2022

s/*William J. Vailliencourt, Jr.*
William J. Vailliencourt, Jr.
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.vailliencourt@usdoj.gov
Attorney Bar #:   P-39115

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.